Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Pineville Medical Center LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Cardinal Health** 7000 Cardinal Place Dublin, OH 43017 | | | | | | **$0.00** |
| **Daniel Jones** C/O Melissa R. Dixon Gambrel and Wilder Law Offices PLLC 1222 North Main Street London, KY 40741 | | | **Disputed** | | | **$0.00** |
| **J. Clair Edwards, Trustee** P.O. Box 1779 Somerset, KY 42502 | | | | | | **$0.00** |
| **Jones Day** C/O Chris Anderson 77 West Wacker Drive Chicago, IL 60601 | | | | | | **$522,102.00** |
| **Mary L. Fullington** C/O Wyatt, Tarrant & Combs, LLP 250 West Main Street, Suite 1600 Lexington, KY 40507 | | | **Disputed** | | | **$0.00** |
| **Paula Downey** C/O Melissa R. Dixon Gambrel and Wilder Law Offices PLLC 1222 North Main Street London, KY 40741 | | | **Disputed** | | | **$0.00** |

Debtor **Pineville Medical Center LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Scott A. Zuber C/O Chiesa Shahinian & Giantomasi PC One Boland Drive West Orange, NJ 07052** | | | **Disputed** | | | **$0.00** |
| **Terri Jane Freedman C/O Chiesa Shahinian & Giantomasi PC One Boland Drive West Orange, NJ 07052** | | | **Disputed** | | | **$0.00** |
| **The Third Friday Total Return Fund, L.P. C/O Michael E. Lewitt 85 N. Congress Avenue Delray Beach, FL 33445** | | | **Disputed** | **Unknown** | **$0.00** | **Unknown** |